UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Shane Eric Hanley, | Case No. 23-cv-63 (JMB/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Warden LeJeune<br>*Warden of FCI Sandstone*, | |
| Respondent. | |

---

Shane Eric Hanley, FCI Sandstone, P.O. Box 1000, Sandstone MN 55072 (pro se Petitioner); and

Ana H. Vos and Kristen Elise Rau, Assistant United States Attorneys, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent).

---

This matter is before the Court on pro se Petitioner Shane Eric Hanley's Motion for Permission to File Extended Memorandum Pursuant to Local Rule 7.1(f)(1)(B), ECF No. 33. Petitioner requests the Court to permit the 280 words in his reply to Respondent's response to the petition, ECF No. 35, that went over the 12,000-word limit under this District's Local Rule 7.1(f)(1)(B). Pursuant to Local Rule 7.1(f)(1), Petitioner's request is granted.

In his motion, Petitioner also requests a copy of Respondent's supplemental response, ECF No. 25, to be mailed to him. *See* ECF No. 33-1 at 1. Petitioner claims that he has not received a copy of Respondent's supplemental response. *Id.* Petitioner requested a copy of Respondent's supplemental response on December 27, 2023, ECF No. 30, and

1

in response, the Clerk's Office mailed a copy of the supplemental response to Petitioner. Of note, Respondent's certificate of service of the supplemental response also shows that Respondent mailed a copy of the supplemental response on November 28, 2023, to Petitioner. *See* ECF No. 31.

Out of an abundance of caution, the Court directs the Clerk's Office to mail again another copy of Respondent's supplemental response to Petitioner as soon as possible. To ensure that Petitioner has had an opportunity to respond to Respondent's supplemental response, if Petitioner elects to reply to Respondent's supplemental response, Petitioner must do so within 30 days of the date of this Order. Petitioner's supplemental reply shall be limited to 1,500 words.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for Permission to File Extended Memorandum Pursuant to Local Rule 7.1(f)(1)(B), ECF No. 33, is **GRANTED**.

2. The Clerk of Court shall mail a copy of Respondent's supplemental response, ECF No. 25, to Petitioner as soon as possible.

3. If Petitioner elects to reply to Respondent's supplemental response, ECF No. 25, Petitioner must do so within 30 days of the date of this Order.

4. Petitioner's supplemental reply shall be limited to 1,500 words.

5. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

[Continued on next page.]

Date: January 11, 2024

                                                               *s/ Tony N. Leung*
                                                               Tony N. Leung
                                                               United States Magistrate Judge
                                                               District of Minnesota

                                                               *Hanley v. Warden LeJeune*
                                                               Case No. 23-cv-63 (JMB/TNL)